Rev. 5/2017 Prisoner Complaint

FILED

NOV 27 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# United States District Court
## Eastern District of North Carolina
### Western Division

Case No. 5:23-CT-3327-BO

(To be filled out by Clerk's Office only)

Jerry Barnes

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 51713-056

-against-

D. Leu

Spillman

Sterner

Wyche

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:23-ct-03327-BO    Document 1    Filed 11/27/23    Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Jerry Barnes
Name

51712-056
Prisoner ID #

Butner Low Security Correctional Institution
Place of Detention

P.O. Box 999
Institutional Address

Butner                          NC                27509
City                          State          Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Mr. D. Leu          First name unknown
Name

Warden
Current Job Title

Federal Correctional Institution 2
Current Work Address

Butner       North Carolina    27509
City                State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Mr. Spillman        First name unknown
Name

Officer
Current Job Title

Federal Correctional Institution 2
Current Work Address

Butner       North Carolina 27509
City                State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Page 3 of 10

**Defendant(s) Continued**

Defendant 3: Mr. Sternner          First name unknown
Name

Lieutenant / officer
Current Job Title

Federal Correctional Institution 2
Current Work Address

Butner          North Carolina          27509
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: Mr. Wyche          First name unknown
Name

PA   Physician's Assistant
Current Job Title

Federal Correctional Institution 2
Current Work Address

Butner          North Carolina          27509
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Case 5:23-ct-03327-BO     Document 1     Filed 11/27/23     Page 4 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Butner FCI II in the SHU_

Date(s) of occurrence: _12-6-21_

State which of your federal constitutional or federal statutory rights have been violated:

8th amedment constitutional right was violated, BOP staff's denied Plaintiff access to shower saftely, "handicap accessible shower", pain and suffering, Cruel and unusual punishment/mental suffering

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

Warden: D. Leu refused to assign the Plaintiff to a handicap accessible cell before and after the Plaintiff was injured. D. Leu told the Plaintiff to bathe like a bird in the sink, then walked away laughing at the Plaintiff, saying just give him a extra wash cloth. Warden D. Leu was told about the need for the showers on 2 prior talks before this day. Officer Spillman was in charge with assigning each inmate to a cell. Spillman refused to assign the Plaintiff to a handicap cell, even when the cells didn't have anyone in them. Spillman refused the Plaintiff a handicap cell even after the Plaintiff was injured. Spillman denied the Plaintiff

access to shower safetly. Officer Sternner refused to call medical to come assess the Plaintiffs injuries the night the Plaintiff fell. PA, Wyche refuse the Plaintiff immediate medical attention in a timely manner. PA, Wyche refused to speak to staff about moving the Plaintiff to a handicap cell or a shower to use safely.

**What happened to you?**

I was in the shower on 12-6-21 between 8:00 and 9:00 pm, when I fell out of the shower to the floor. I landed on my knees and my hands with my arms spread wide apart. I felt alot of pain in my leg, back, neck, and both arms. I stopped the officer "Mr Sterner" who was working the range I was assigned to. I told Mr Sterner about my fall and the pain I was in. Mr Sterner said I would have to wait for sick call to see medical. The next day 12-7-21 I filled out the sick call and express to the nurse "Mrs Eddins" about the pain I was in. I wasn't seen 12-6-21 the night of my accidental fall nor was I seen the next day on 12-7-21. It took until 12-8-21 for the PA Mr Whyche and the doctor to see me. I was denied medical attention on 12-6-21 and 12-7-21. I was then denied access to shower even after my injury knowing, I only had one leg and a half of my arm to work for me. I then had a real bad infection on my foot and my leg.

**When did it happen to you?**

This all happen on 12-6-21 while in the Special Houseing Unit. I was sent to the SHU on 10-14-21 I began the explaining about my need for a handicapp cell or atleast a shower with hand rails so I could enter and exit the shower safely. I was denied my request until I was back in population on 2-11-22 at the Butner Low Security Correction Institution. I was denied access to shower safely for 67 days after my injuries. I was denied a handicap cell and shower with hand rails for a total 119 days while in Special Housing Unit.

**Where did it happen to you?**

This all happen at Butner Federal Correction Institution II while in the Special Housing Unit. I was in the shower when I fell to the floor.

I substain injuries to my neck, back, foot, stump, and both shoulders rotator cup areas.

| What was your injury? |

I suffered two rotator cup tears, one in each shoulder. The right arm seem to hurt the most. I suffered injury to my foot a cut that got infected, I also suffered infection to my stump climbing into the shower. I suffered injury to my neck. I suffered injury to my back in the lower and upper part of my back that still causes me alot of discomfort trying to sleep and day to day activities.

I was told by my PA at the time of the injuries that I could only speak to him ("PA Wyche" about the one injury that hurts the most at that time. I explained they all hurt, Mr Wyche said pick one or none. I told him the right arm. I'm still suffering from my other injuries.

I suffered mentally from the cruel and unusal treatment I endured from staff officers, the Warden, and medical.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

I attempted to follow and complete the Administrative Remedy process, but due to Mr.Anderson misplacing my BP9, I was told to start over by Mrs.Ramos. I was then told my complaint was untimely, unless a staff sign a memo stating the late filing wasn't my fault. Mrs.Ramos refused to sign a memo, and Mr. Anderson did not respond.

Is the grievance process completed?  ☑ Yes  ☐ No

If no, explain why not:

I've done all I can to complete the process to the best of my ability. The tort claim I filed on 7-22-21 was received on 7-26-22. I have not received anything else about or concering my tort claim in over a year.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like the court to grant $12,000,000.00 12 million dollars in monetary damages for future medical treatments including, surgeries for both shoulders, back, and neck. There will be a need to get a newer prosthetic due to the stump "Nub" shrinking. I would like to make sure no one else with disabilities, have to suffer discrimination for their disabilities, cruel and usual punishment, pain and suffering. For plaintiffs, and family mental suffering.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☐ Yes     ☑ No

       If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11-21-23
Dated

Jerry Barnes
Plaintiff's Signature

Jerry Barnes
Printed Name

51712-056
Prison Identification #

P.O. Box 999                    Butner          NC      27509
Prison Address                  City                    State      Zip Code

Case 5:23-ct-03327-BO    Document 1    Filed 11/27/23    Page 10 of 10